| | |
|---|---|
| NAOMI JANE GRAY (SBN 230171) | MORGAN E. SMITH |
| SHADES OF GRAY LAW GROUP, P.C. | FINNEGAN, HENDERSON, FARABOW, |
| 100 Shoreline Highway, Suite 100B |   GARRETT & DUNNER, LLP |
| Mill Valley, CA 94941 | 3300 Hillview Avenue |
| Telephone: (415) 746-9260 |   Palo Alto, CA 94304-1203 |
| Facsimile: (415) 938-4328 | Telephone: (650) 849-6600 |
| ngray@shadesofgray.law | Facsimile: (650) 849-6666 |
| | morgan.smith@finnegan.com |
| Attorney for Defendant | DOUGLAS A. RETTEW (*pro hac vice*) |
| FIRESTONE PUBLIC HOUSE, LLC | FINNEGAN, HENDERSON, FARABOW, |
| |   GARRETT & DUNNER, LLP |
| | 901 New York Avenue NW |
| | Washington, DC 20001-4413 |
| | Telephone: (202) 408-4000 |
| | Facsimile: (202) 408-4400 |
| | doug.rettew@finnegan.com |
| | Attorneys for Plaintiff |
| | BRIDGESTONE BRANDS, LLC |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGESTONE BRANDS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>FIRESTONE PUBLIC HOUSE, LLC,<br><br>    Defendant | Case No. 17-cv-01452-MCE-CKD<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff Bridgestone Brands, LLC and Defendant Firestone Public House, LLC, that Defendant's time to move, answer, or otherwise respond to the Complaint shall be, and hereby is, extended to and including September 8, 2017. The parties have not sought any prior extension of this deadline, and the requested extension will not affect any other pending deadlines in the action.

The purpose of the extension request is to allow the parties time to explore a potential settlement and to accommodate Defendant's counsel's travel schedule.

Dated: August 2, 2017

| SHADES OF GRAY LAW GROUP, P.C. | FINNEGAN, HENDERSON, FARABOW, |
| NAOMI JANE GRAY | GARRETT & DUNNER, LLP |

By: _/s/ Naomi Jane Gray_     By: _/s/ Morgan E. Smith_
    Naomi Jane Gray           Morgan E. Smith (as authorized on 8/1/2017)

Attorneys for Defendant           Attorneys for Plaintiff
FIRESTONE PUBLIC HOUSE, LLC       BRIDGESTONE BRANDS, LLC

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, Defendant's time to move, answer, or otherwise respond to the Complaint is hereby extended to not later than September 8, 2017.

IT IS SO ORDERED.

Dated: August 7, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIP AND ORDER RE TIME TO RESPOND TO COMPLAINT     Case No: 17-cv-01452-MCE-CKD